No. 365, Misc. CAMPBELL *v.* PENNSYLVANIA ET AL. Petition for writ of certiorari to the Supreme Court of Pennsylvania, United States District Court for the Western District of Pennsylvania, and United States Court of Appeals for the Third Circuit denied.

No. 367, Misc. DAY *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 368, Misc. FRANKLIN *v.* HUDSPETH, WARDEN, ET AL. Supreme Court of Kansas. Certiorari denied. ■■■

No. 370, Misc. FOSTER *v.* HUDSPETH, WARDEN, ET AL. Supreme Court of Kansas. Certiorari denied. ■■■

No. 371, Misc. KOBLITZ *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. ■■■

No. 375, Misc. BOREMAN *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. ■■■

No. 376, Misc. JOHNSON *v.* RAGEN, WARDEN. C. A. 7th Cir. Certiorari denied. ■■■

No. 382, Misc. SKELTON *v.* HUDSPETH, WARDEN, ET AL. Supreme Court of Kansas. Certiorari denied. ■■■

No. 386, Misc. JOHNSON *v.* INDIANA ET AL. Lake County Criminal Court of Indiana. Certiorari denied.